THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM E.
DALY, Appellant, *v.* BERNARD J. YORK et al., as Commis-
sioners of Police of the City of New York, Respondents.

*People ex rel. Daly* v. *York,* 66 App. Div. 453, affirmed.
(Argued March 26, 1902; decided April 15, 1902.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, made Decem-
ber 6, 1901, which affirmed an order of Special Term dismiss-
ing an alternative writ of mandamus to compel the defendants
to cause a requisition to be drawn upon the comptroller of the
city of New York for an amount claimed by the relator to be
due him as back pay.

*Abram I. Elkus* and *David T. Davis* for appellant.

*George L. Rives, Corporation Counsel* (*Theodore Connoly*
and *Terence Farley* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, CULLEN
and WERNER, JJ. Not voting: O'BRIEN, J.